Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT – SOUTHERN DIVISION

| | |
|---|---|
| NAGUI MANKARUSE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:15-cv-01273-JVS-DFM<br><br>**Hon. James V. Selna**<br><br>**JUDGMENT**<br><br>Courtroom: 10-C<br><br>Action Filed: July 7, 2015 |

319714365.2

JUDGMENT

On July 7, 2015, plaintiff Nagui Mankaruse ("Mankaruse") filed a Complaint against defendant Raytheon Company ("Raytheon") that asserted eight claims for relief regarding applications for employment that Mankaruse had submitted to Raytheon in 2013. The Complaint included allegations regarding issues that were litigated in a previous lawsuit that Mankaruse had filed against Raytheon, <u>Mankaruse v. Raytheon Co., et al.,</u> Case No. 30-2013-00625080-CU-WT-CJC (Orange Cty. Super. Ct. 2013) (the "Previous Lawsuit"), in which judgment had been entered in favor of Raytheon. This Court stayed litigation of issues that were decided in the Previous Lawsuit, pending the outcome of Mankaruse's appeal of the judgment in the Previous Lawsuit, but permitted litigation of other issues in the Complaint to proceed.

On December 8, 2016, this Court granted Raytheon's Motion for Summary Judgment. However, in light of the initial partial stay order, the Court delayed entry of judgment pending the outcome of the appeal in the Previous Lawsuit. On January 16, 2018, the Court of Appeal in the Previous Lawsuit issued a remittitur, rendering that judgment final and eliminating any basis to re-litigate issues determined in the Previous Lawsuit.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be, and hereby is, entered in favor of defendant Raytheon Company and against plaintiff Nagui Mankaruse. Mankaruse shall take nothing by his Complaint against Raytheon.

Dated: June 26, 2018

_____
Hon. James V. Selna
United States District Judge